Civil Action No. 1:19-CV-03956-FB-CLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALEXANDRIA OCASIO-CORTEZ was received by me on *(date)* Jul 12, 2019, 1:55 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORBIN TRENT, CHIEF OF STAFF, who is designated by law to accept service of process on behalf of *(name of organization)* ALEXANDRIA OCASIO-CORTEZ on *(date)* Wed, Jul 17 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/18/2019

*Denise Lee*
Server's signature

Denise Lee
Printed name and title

22655 POINT LOOKOUT RD, LEONARDTOWN, MD 20650
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 17, 2019, 10:28 pm EDT at HOME: 229 CANNON HOB, WASHINGTON, DC 20515 received by Corbin Trent. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 145; Height: 5'11"; Hair: Blond; Eyes: Brown; Relationship: Chief Of Staff ;