UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DOV HIKIND,

    Plaintiff

    -against-

ALEXANDRIA OCASIO-CORTEZ,

    Defendant

_____X

Case No. 19-cv-3956-FB-CLP

NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

TO:    Jacob Z. Weinstein, Esq.
        Israel D. Weinstein, Esq.
        Weinstein & Weinstein LLP
        68-15 Main Street—Second Floor
        Flushing, NY 11367

        Attorneys for Plaintiff

    PLEASE TAKE NOTICE, that upon the annexed Affidavit of Movant in support of this Motion and the Certificates of Good standing annexed thereto, I, Joseph E. Sandler will move this court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order allowing the admission of movant, a member of the firm of Sandler Reiff Lamb Rosenstein & Birkenstock PC and a member in good standing of the bars of the District of Columbia and the State of Maryland, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the Defendant, Alexandria Ocasio-Cortez.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 13, 2019                    Respectfully submitted,

                                                    /s/ Joseph E. Sandler

                                                    Joseph E. Sandler
                                                    SANDLER REIFF LAMB ROSENSTEIN
                                                    & BIRKENSTOCK PC
                                                    1090 Vermont Avenue, N.W.
                                                    Suite 750
                                                    Washington, D.C. 20005
                                                    Tel; (202) 479-1111
                                                    Fax: (202) 479-1115
                                                    sandler@sandlerreiff.com