

Jacob Z. Weinstein, Esq.  Israel D. Weinstein, Esq.*
Direct: 646-450-3484  Direct: 212-810-2143
E-Mail: Jacob@WeinsteinLLP.com  E-Mail: Israel@WeinsteinLLP.com
*Also Licensed In New Jersey*

August 19, 2019

**Via ECF**
Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

       Re: *Hikind v. Acasio-Cortez*
          19-cv-3956 (FB) (CLP)

Your Honor:

  We represent the Plaintiff, Dov Hikind, in the above-mentioned action. The parties are currently scheduled to have a pre-motion conference before Your Honor on September 5, 2019 at 11:00 A.M. Unfortunately, we have a conflict at that specific time. Upon conferring with Defense Counsel, the following are alternative dates/times which are agreed upon by all parties for the pre-motion conference:

- September 5, 2019 at 3:00 P.M.;
- September 9, 2019 at 11:00 A.M.; and
- September 19, 2019 at 3:00 P.M.

We thank the Court for the consideration.

            Respectfully submitted,

            *Jacob Z. Weinstein*
            Jacob Z. Weinstein

CC: Defendant's Counsel (*via ECF*)