# Thread

**Alexandria Ocasio-Cortez**
@AOC

1. I have 5.2 million followers. Less than 20 accounts are blocked for ongoing harassment. 0 are my constituents.

2. Harassment is not a viewpoint. Some accounts, like the Daily Caller, posted fake nude photos of me & abused my comments to spread it. No one is entitled to abuse.

> **Columbia University** @Columbia · Aug 29
> Late yesterday, @knightcolumbia sent this letter to @AOC urging her not to block Twitter users on the basis of viewpoint: ow.ly/QeL750vNZz3

6:43 PM · Aug 29, 2019 · Twitter for iPhone

**15.2K** Retweets **122.5K** Likes

**Alexandria Ocasio-Cortez** @AOC · Aug 29
Replying to @AOC
People are free to speak whatever classist, racist, false, misogynistic, bigoted comments they'd like.

They do not have the right to force others to endure their harassment and abuse. ✌🏽

3.6K 8.4K 84K

**Mr Producer** @RichSementa · Aug 29
Replying to @AOC
If Trump Can't block anyone on Twitter, neither should Congress

