UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOV HIKIND,

                              Plaintiff,

-against-

ALEXANDRIA OCASIO-CORTEZ,

                              Defendant.
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 19-cv-3956 FB-CLP

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      I, CLAUDIA D. ORTIZ, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at Brooklyn, NY.

**AFFIDAVIT OF SERVICE BY FIRST-CLASS MAIL**

On September 16, 2019, I served the within Letter Opposition to Motion to Intervene by mailing a true copy to each of the following persons at the last known address set forth after each name below:

Towaki Komatsu
802 Fairmount Pl., Apt. 4B
Bronx, NY 10460

_____
CLAUDIA D. ORTIZ

Sworn to before me this
16th day of September, 2019

_____
NOTARY PUBLIC

LOURDES B. GARCIA
Notary Public, State of New York
LIC. #01GA6240396
Qualified in New York County
Commission Expires 05/02/2023

1277-000-00001: 11061828.docx