UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DOV HIKIND,

                Plaintiff             No. 19-cv-3956 FB-CLP

v.

ALEXANDRIA OCASIO-CORTEZ,

                Defendant.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that this action be, and it hereby is, dismissed with prejudice.

Dated: New York, New York
         November 4, 2019

Respectfully submitted,

WEINSTEIN & WEINSTEIN LLP
By:

/s/ Jacob Z. Weinstein
Jacob Z. Weinstein
Israel Weinstein

66-15 Main Street
Second Floor
Flushing, NY 113567
Tel: 646-450-3485
Jacob@WeinsteinLLP.com
Israel@WeinsteinLLP.com

Attorneys for Plaintiff
Dov Hikind

LEVY RATNER, P.C.
By:

Allyson L. Belovin
Robert H. Stroup

80 Eighth Avenue, 8th Floor
New York, NY 10011
Tel: (212) 627-8100
Fax: (212) 627-8182
abelovin@levyratner.com
rstroup@levyratner.com

SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.
By    Joseph E. Sandler (admitted *pro hac vice*)
1090 Vermont Avenue, N.W. Suite 750
Washington, D.C. 20005
Tel: (202) 479-1111 / Fax: (202) 479-1115
sandler@sandlerreiff.com